IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CEDRIC GRAVES II,

        Plaintiff,

v.

NW PRIORITY CREDIT UNION,

        Defendant.

No. 3:20-cv-00770-JR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation [16] on December 16, 2020, in which she recommends that the Court grant Defendant's motion to dismiss. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 - ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [16]. Accordingly, Defendant's Motion to Dismiss [11] is GRANTED.

IT IS SO ORDERED.

DATED:      January 9, 2021        .

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER